DANIEL G. BOGDEN
United States Attorney
CRANE M. POMERANTZ
Assistant United States Attorney
Lloyd D. George United States Courthouse
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6418
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>   v.<br><br>JAMES I. "ASSI" JARIV, and<br>NATHAN "NATI" STOLIAR aka NATAN STOLIAR,<br><br>              Defendants. | CASE NO. 2:14-CR-006-APG-GWF |

**<u>MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEYS</u>**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit United States Department of Justice Attorneys Wayne Hettenbach and Darrin McCullough to practice before this honorable Court in all matters relating to the above-captioned case, and shows as follows:

1) Wayne Hettenbach is an attorney with the United States Department of Justice, Environmental and Natural Resources Division, Environmental Crimes Section, an agency of the federal government, and is a member in good standing of the Virginia Bar (No. 35763).

The following contact information is provided to the Court:

Wayne D. Hettenbach
Senior Trial Attorney
U.S. Department of Justice, ENRD
Environmental Crimes Section
P.O. Box 23985
Washington, DC 20026-3985
t: 202-305-0213  f: 202-514-8164
Wayne.Hettenbach@usdoj.gov

2) Darrin McCullough is an attorney with the United States Department of Justice, Asset Forfeiture and Money Laundering Section, an agency of the federal government, and is a member in good standing of the Georgia Bar (No. 487011). The following contact information is provided to the Court:

Darrin L. McCullough
Trial Attorney
U.S. Department of Justice, AFMLS
1400 New York Ave., NW
Room 10412
Washington, DC   20005
(202) 616-2255
Darrin.mccullough@usdoj.gov

Accordingly, the United States respectfully requests that an order be issued allowing Wayne Hettenbach and Darrin McCullough to practice before this honorable Court in all matters relating to the above-captioned case.

**IT IS SO ORDERED** this 29th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE

2

DATED this 29th day of January, 2014.

                            Respectfully submitted,

                            DANIEL G. BOGDEN
                            United States Attorney

                                   /s/
                            _____
                            CRANE M. POMERANTZ
                            Assistant United States Attorney
                            Lloyd D. George United States Courthouse
                            333 Las Vegas Boulevard South, Suite 5000
                            Las Vegas, Nevada 89101
                            Telephone: (702) 388-6336
                            Facsimile: (702) 388-6418

                            **IT IS SO ORDERED:**

                            _____
                            UNITED STATES DISTRICT JUDGE
                            DATED: _____